74 A.3d 926

IN THE MATTER OF HOWARD D. MOSKOWITZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 024821977).

October 7, 2013.

**ORDER**

This matter have been duly presented to the Court by the Disciplinary Review Board pursuant *Rule* 1:20–10(b), on the granting of a motion for discipline by consent (DRB 13–118) of **HOWARD D. MOSKOWITZ** of **JERSEY CITY,** who was admitted to the bar of this State in 1977;

And the District XII Ethics Committee and respondent having signed a stipulation of discipline by consent in District Docket No. XII–2012–0028E, in which it was agreed that respondent had acted unethically and that respondent's conduct warranted a reprimand or lesser discipline;

And the parties having agreed that respondent's conduct violated *RPC* 5.5(a)(1) (practicing law while ineligible), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XII–2012–0028E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **HOWARD D. MOSKOWITZ** of **JERSEY CITY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.